1 | **Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
2 | **SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
3 | **Eureka, CA 95501**

4 | **(707) 441-1177**
**FAX 441-1533**
5 |
6 | Attorney for Plaintiff, MARSHALL LOSKOT

7 |

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT, | Case No. 2:13-CV-1080 TLN CKD |
| Plaintiff, | STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271 |
| v. | |
| NICOLET GLASS, INC., a California corporation, JEFFREY TODD ECKELBARGER, and DOES ONE through FIFTY, inclusive, | |
| Defendants. | |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

**SINGLETON LAW GROUP**

Dated:   March 20, 2014     /s/ Jason K. Singleton
Jason K. Singleton, Attorney for Plaintiff,
**Marshall Loskot**

**VAUGHAN & ASSOCIATES LAW OFFICE**

Dated:   March 20, 2014     /s/ Cris C. Vaughan
Cris C. Vaughan, Attorney for Defendants,
**Nicolet Glass, Inc., Jeffrey Todd Eckelbarger**

**IT IS SO ORDERED.**

Dated: March 21, 2014

Troy L. Nunley
United States District Judge